5/16/2025

If the court allows, I Gary Simpkins whom at this time, is without an atorney, respectfully request an extension in the mater of bankruptcy, also for the current completion of required said Schedule documents, on due date. 5/19/25

a. *Schedule D:

b. *Schedule E/F Official Form 106E/F

c. *Schedule I:

d. *Schedule J:

e. *Statement of Financial Affairs

I thank the court

Gary M. Simpkins